

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                         04 m 2045 JFF

CHARLES CHERRY                                              DEFENDANT(S)

### ORDER

On this date came on for hearing the motions of the United States Attorney to revoke Probation (Doc entries 6 and 8). On the defendant's admission, it is found that the defendant has violated the terms of Probation.

It is hereby ordered that the defendant shall participate fully, cooperatively and successfully in an intensive out-patient drug treatment program and attend AA/NA meetings daily as directed by the United States Probation Office.

All other conditions presently in effect shall remain so. The motion to revoke probation is DENIED AS MOOT.

IT IS SO ORDERED this ___10th___ day of April 2006.

_____
U.S. MAGISTRATE JUDGE JOHN F. FORSTER, JR.