UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                              04- mj-2045

CHARLES H. CHERRY                                                 DEFENDANT(S)

### ORDER

The defendant having appeared before the court for a show cause hearing on the government's motion to revoke probation (de #15), and the defendant having admitted violating conditions of probation, the Court finds defendant guilty and sentence pronounced of time served. The Court further dismisses case and discharges defendant from the remaining term of probation.

It is hereby ordered that Mr. Cherry shall be released forthwith.

IT IS SO ORDERED this 16th day of August 2006.

U.S. Magistrate Judge John F. Forster, Jr.